# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER DISMISSING COMPLAINT** |
| vs. | ) | |
| Dawn Yvette Morsette, | ) | Case No. 1:20-mj-014 |
| Defendant. | ) | |

Before the court is an Ex Parte Motion to Dismiss Complaint filed by the United States on February 12, 2020. Defendant is charged in a Complaint with the offense of unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1073. The United States advises that defendant has been taken into custody by state authorities in District of South Dakota. Averring that the State of North Dakota can request extradition from South Dakota and no longer needs the assistance provided by the Complaint, it requests that the Complaint be dismissed.

The court **GRANTS** the United States' motion (Doc. No. 3) and **DISMISSES** the Complaint against defendant.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court